Michael R. Matthias (Bar. No. 57728)
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: mmatthias@bakerlaw.com

Cory M. Curtis (*pro hac vice*)
Justin T. Winquist (*pro hac vice*)
BAKER & HOSTETLER LLP
303 E. 17th Avenue, Suite 1100
Denver, CO 80203
Telephone: 303.861.0600
Facsimile: 303.861.7805
Email: ccurtis@bakerlaw.com
Email: jwinquist@bakerlaw.com

Attorneys for BESSER COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NADA PACIFIC CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWER ENGINEERING AND MANUFACTURING, LTD., an Iowa corporation; and BESSER COMPANY, a Michigan corporation,<br><br>Defendants, | Case No.: 3:13-CV-04325-LB<br><br>**STIPULATION MODIFYING DISCOVERY DEADLINES**<br><br>ORDER |
| v.<br><br>AKKERMAN, INC.,<br><br>Counterclaimant,<br>and<br><br>NADA PACIFIC CORPORATION, A CALIFORNIA CORPORATION and BESSER COMPANY, and Michigan Corporation,<br><br>Defendants. | |
| AND RELATED CROSS-ACTION | |

Plaintiff Nada Pacific Corporation, Defendant, Cross-Claimant, and Cross-Claim Defendant Power Engineering and Manufacturing, Ltd., Cross-Claim Defendant Akkerman, Inc., and Defendant, Cross-Claimant, and Cross-Claim Defendant Besser Company (collectively, the "Parties") hereby stipulate to modify the discovery deadlines set forth in the Court's April 1, 2014 Case Management and Pretrial Order [Dkt. No. 55] as follows:

| | |
|---|---|
| Non-expert discovery completion date | 10/24/14 |
| Expert disclosures required by Federal Rules of Civil Procedure | 10/24/14 |
| Rebuttal expert disclosures | 11/14/14 |
| Expert discovery completion date | 12/4/14 |

STIPULATED AND AGREED This 10th day of July, 2014 between:

MURPHY AUSTIN ADAMS SCHOENFELD LLP
By:   /s/ *D. Lisa D. Nicolls*
      LISA D. NICOLLS
      Attorneys for NADA PACIFIC
      CORPORATION and AKKERMAN, INC.

GUICHARD TENG & PORTELLO, A.P.C.
By:   /s/ *William L. Portello*
      MATTHEW P. GUICHARD
      WILLIAM L. PORTELLO
      CHRISTOPHER K. TENG
      Attorneys for POWER ENGINEERING
      AND MANUFACTURING, LTD.

BAKER & HOSTETLER LLP
By:   /s/ *Cory M. Curtis*
      CORY M. CURTIS
      Attorneys for BESSER COMPANY

Dated: July 11, 2014


APPROVED
Judge Laurel Beeler