```
1   D. MICHAEL SCHOENFELD, SBN 102332
    J. SCOTT ALEXANDER, SBN 190034
2   LISA D. NICOLLS, SBN 234376
    MURPHY AUSTIN ADAMS SCHOENFELD LLP
3   304 "S" Street (95811-6906)
    Post Office Box 1319
4   Sacramento, California  95812-1319
    Telephone:    (916) 446-2300
5   Facsimile:    (916) 503-4000
    Email:        mschoenfeld@murphyaustin.com
6   Email:        salexander@murphyaustin.com
    Email:        lnicolls@murphyaustin.com
7
    Attorneys for Plaintiff
8   NADA PACIFIC CORPORATION
```

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA PACIFIC CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>POWER ENGINEERING AND MANUFACTURING, LTD., an Iowa corporation; and BESSER COMPANY, a Michigan corporation,<br><br>    Defendants. | Case No.  3:13-cv-04325-LB<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br>ORDER<br>Date:    August 28, 2014<br>Time:    11:00 a.m.<br>Ctrm:    C, 15th Floor |
| AND RELATED CROSS-ACTIONS. | |

Plaintiff NADA PACIFIC CORPORATION ("Plaintiff") hereby requests permission to appear by telephone at the Case Management Conference on August 28, 2014 at 11:00 a.m. in Courtroom C of the above entitled Court.

The name of the attorney appearing will be Lisa D. Nicolls and the Call-In No. will be (916) 446-2300.

/ / /

/ / /

- 1 -    2677.003-1709780.1

REQUEST FOR TELEPHONIC APPEARANCE   3:13-CV-04325-LB

1  Dated: August 20, 2014            MURPHY AUSTIN ADAMS SCHOENFELD LLP

3                                    By: */s/ Lisa D. Nicolls*
4                                       D. MICHAEL SCHOENFELD
                                        J. SCOTT ALEXANDER
                                        LISA D. NICOLLS
5                                       Attorneys for Plaintiff
                                        NADA PACIFIC CORPORATION

1  **(PROPOSED) ORDER**

2  IT IS HEREBY ORDERED that Plaintiff's Request for Telephonic Appearance at the

3  Case Management Conferences is GRANTED.

Counsel to make the necessary arrangements through CourtCall.

4

5  Dated: August 20, 2014                    _____

   JUDGE OF THE UNITED STATES DISTRICT
6  COURT, NORTHERN DISTRICT

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW