```
1  D. MICHAEL SCHOENFELD, SBN 102332
   J. SCOTT ALEXANDER, SBN 190034
2  LISA D. NICOLLS, SBN 234376
   MURPHY AUSTIN ADAMS SCHOENFELD LLP
3  304 "S" Street (95811-6906)
   Post Office Box 1319
4  Sacramento, California  95812-1319
   Telephone:      (916) 446-2300
5  Facsimile:      (916) 503-4000
   Email:          mschoenfeld@murphyaustin.com
6  Email:          salexander@murphyaustin.com
   Email:          lnicolls@murphyaustin.com
7
   Attorneys for Plaintiff
8  NADA PACIFIC CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA PACIFIC CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWER ENGINEERING AND MANUFACTURING, LTD., an Iowa corporation; and BESSER COMPANY, a Michigan corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  3:13-cv-04325-LB<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE : ORDER**<br><br>Date:     October 9, 2014<br>Time:     11:00 a.m.<br>Ctrm:     C, 15th Floor |

Plaintiff NADA PACIFIC CORPORATION ("Plaintiff") hereby requests permission to appear by telephone at the Case Management Conference on October 9, 2014 at 11:00 a.m. in Courtroom C of the above entitled Court.

The name of the attorney appearing will be Lisa D. Nicolls and the Call-In No. will be (916) 446-2300.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: October 7, 2014 | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| 3 | | By: /s/ Lisa D. Nicolls |
| 4 | | D. MICHAEL SCHOENFELD |
| | | J. SCOTT ALEXANDER |
| 5 | | LISA D. NICOLLS |
| | | Attorneys for Plaintiff |
| | | NADA PACIFIC CORPORATION |

**(PROPOSED) ORDER**

IT IS HEREBY ORDERED that Plaintiff's Request for Telephonic Appearance at the Case Management Conferences is GRANTED.

Dated: October 9, 2014

_____
JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT