Michael R. Matthias (Bar. No. 57728)
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90025-7120
Telephone:     310.820.8800
Facsimile:      310.820.8859
Email: mmatthias@bakerlaw.com

Cory M. Curtis (*pro hac vice*)
Justin T. Winquist (*pro hac vice*)
BAKER & HOSTETLER LLP
303 E. 17th Avenue, Suite 1100
Denver, CO 80203
Telephone:     303.861.0600
Facsimile:      303.861.7805
Email: ccurtis@bakerlaw.com
Email: jwinquist@bakerlaw.com

Attorneys for BESSER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA PACIFIC CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWER ENGINEERING AND MANUFACTURING, LTD., an Iowa corporation; and BESSER COMPANY, a Michigan corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  3:13-cv-04325-LB<br><br>~~PROPOSED~~ TRIAL DATE AND PRETRIAL SCHEDULE |

The parties by and through their respective counsel, hereby submit their proposed trial date and pretrial schedule pursuant to this Court's order of October 22, 2014 [Doc id 98] as follows:

- 1 -

**~~PROPOSED~~ TRIAL DATE AND PRETRIAL SCHEDULE**

| Description | Date(s) |
|---|---|
| Non-expert discovery completion | **June 5, 2015** |
| Expert disclosures required by Federal Rules of Civil Procedure | **June 5, 2015** |
| Rebuttal expert disclosures | **June 19, 2015** |
| Expert discovery completion | **July 10, 2015** |
| Meet and Confer re: pretrial filings | **July 10, 2015** |
| Last hearing date for dispositive motions and/or further case management conference | ~~**July 23, 2015**~~**, 9:30 a.m.**<br>July 16, 2015 at 9:30 a.m. |
| Pretrial filings due | **July 24, 2015** |
| Oppositions, Objections, Exhibits, and Depo Designations Due | **August 3, 2015** |
| Final Pretrial Conference | **August 6, 2015** at 1:30 p.m. |
| Trial | **August 24, 2015, 8:30 a.m.** |
| Length of Trial | **5 days** |

*[Remainder of page intentionally left blank e-signatures to follow]*

- 2 -

~~**PROPOSED**~~ **TRIAL DATE AND PRETRIAL SCHEDULE**

| | |
|---|---|
| Dated: October 28, 2014 | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| | By: /s/ D. Michael Schoenfeld |
| | D. MICHAEL SCHOENFELD |
| | Attorneys for Plaintiff NADA PACIFIC |
| | CORPORATION and AKKERMAN, INC. |
| Dated: October 28, 2014 | GUICHARD TENG & PORTELLO, A.P.C. |
| | By: /s/ William L. Portello |
| | MATTHEW P. GUICHARD |
| | WILLIAM L. PORTELLO |
| | CHRISTOPHER K. TENG |
| | Attorneys for Defendant and Third-Party |
| | Plaintiff POWER EGINEERING AND |
| | MANUFACTURING, LTD. |
| Dated: October 28, 2014 | BAKER & HOSTETLER LLP |
| | By: /s/ Cory M. Curtis |
| | CORY M. CURTIS |
| | Attorneys for Third Party Defendant |
| | BESSER COMPANY |

Dated:  November 6, 2014

**APPROVED**

Judge Laurel Beeler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -

~~PROPOSED~~ **TRIAL DATE AND PRETRIAL SCHEDULE**